

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

## No. 02-21-00016-CV

———————————————————

IN RE L SERIES, L.L.C.; CKDH, L.L.C.; VUE, L.L.C.; AND CKDH
INVESTMENTS, L.L.C., Relators

———————————————————

Original Proceeding
348th District Court of Tarrant County, Texas
Trial Court No. 348-289417-16

———————————————————

Before Walker, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

This court's January 14, 2021 stay order is vacated.

Per Curiam

Delivered: February 3, 2021